THEO. BURTON, JR., & Co., a Delaware corporation, Appellant, v. ANDREW L. BURKS, Appellee.

(*February* 20, 1963.)

*George A. Bramhall* for appellant.

*Houston Wilson* for appellee.

Supreme Court of the State of Delaware, No. 73, 1962.

Facts and opinion: *Theo. Burton, Jr. & Co., a Delaware corporation, v. Andrew L. Burks,* 5 Storey, 188 A. 2d 236.

*Per Curiam:*

The issues relating to this appeal are factual. The record contains substantial evidence to sustain the findings of the Trial Judge below.

The judgment below is affirmed.